COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTION

Cause number:  01-16-00111-CV

Style:  In re Kurtz Properties, Ltd., A Texas Limited Partnership, and Houston Foam Plastics, Inc.

Date motion filed[*]:  March 31, 2016

Type of motion:  Second Unopposed Motion of Real Party in Interest to Extend Deadline for Response to Petition for Writ of Mandamus

Party filing motions:  Real Party in Interest Harris County

Document to be filed:  Response

Is appeal accelerated?  Yes (original proceeding).

If motion to extend time:

    Original due date:  March 17, 2016

    Number of extensions granted:  1  Current Due Date:  April 1, 2016

    Date Requested:  April 8, 2016

Ordered that motion is:

    ☑ Granted

        If document is to be filed, document due:  April 8, 2016.

    ☐ Denied

    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐ Other: _____

Judge's signature: _/s/ Evelyn V. Keyes
        ☒ Acting individually    ☐ Acting for the Court

Date:  April 6, 2016